**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| THE CITY OF ELKO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VILLE 837 LLC, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:24-CV-00214-ART-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF Nos. 38, 39] |

　　　　Before the Court is Matthew K. Schriever of the law firm Schriever Legal PLLC's (Schriever") motion to withdraw as counsel for Defendant Ville 837, LLC. (ECF No. 38.) Plaintiff, the City of Elko, filed a non-opposition to the motion, (ECF No. 39). No opposition was filed by Ville 837, LLC, and Schriever certifies that the motion to withdraw was served on Ville 837, LLC by U.S. mail and the court's electronic filing system. (*Id.* at 5.)

　　　　Good cause appearing, the motions to withdraw, (ECF Nos. 38, 39), are **GRANTED**. The Clerk shall update the docket to reflect the following address for Defendants:

　　　　Ville 837, LLC
　　　　c/o AENTA Properties, LLC
　　　　9306 S 1300 W
　　　　West Jordan, UT 84808
　　　　keith@villepm.com

　　　　Ville 837, LLC
　　　　c/o Spencer Macdonald
　　　　Artifex Law, LLC
　　　　363 N. University Ave., Ste 105b
　　　　Provo, UT 84601
　　　　spencer@artifex-law.com

The Clerk shall **MAIL** a copy of this order to Ville 837, LLC at the above addresses.

　　　　Finally, Defendants are advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.,* 3 F.3d 1244 (9th Cir.

1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). Therefore, Defendants shall file a substitution of counsel on or before **Friday, April 4, 2025.** Ville 837, LLC is advised that if substitute counsel had not entered an appearance by April 4, 2025, the Court will issue a Report and Recommendation that Ville 837, LLC's answer be stricken, and a default be entered.

**DATED**: ___March 5, 2025___.

_____
**UNITED STATES MAGISTRATE JUDGE**