UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF ELKO,<br><br>            Plaintiff,<br>  v.<br>VILLE 837, LLC,<br><br>            Defendant. | Case No. 3:24-cv-00214-ART-CLB<br><br>ORDER<br>(ECF No. 45) |

Before the Court is Plaintiff City of Elko's Motion for Default Judgment against Defendant Ville 837, LLC. The Court denies City of Elko's motion without prejudice for failing to analyze the factors required to grant default judgment.

Because the parties are familiar with the underlying facts and procedural history of this case, the Court will not recite them.

Federal courts exercising diversity jurisdiction apply federal procedural law. *Gasperini v. Ctr. for Humans., Inc.*, 518 U.S. 415, 427 (1996). Procedures for default judgment in federal court are governed by Federal Rule of Civil Procedure 55. *Hoyos v. Telecorp Commc'ns, Inc.*, 488 F.3d 1, 5 (1st Cir. 2007); *see also Boosalis Options, LP v. Farnbacher Loles Motorsports, LLC*, No. C 09-80316 WHA, 2010 WL 335651 (N.D. Cal. 2010).

After the Clerk has entered default against a party, an opposing party may seek default judgment. Fed. R. Civ. P. 55(b). In deciding whether to grant default judgment, the Court considers factors including "(1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action, (5) the possibility of a dispute concerning material facts, (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure

favoring decisions on the merits." *See NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 613–14 (9th Cir. 2016) (citing *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986)).

Courts regularly deny motions for default judgment that fail to cite and discuss relevant law and factors. *See Frenchans LLC v. Vestige LLC*, No. CV-22-00241-PHX-JZB, 2023 WL 3952432, at *2 (D. Ariz. Jan. 25, 2023) (collecting cases). City of Elko's motion for default judgment does not cite or argue any of the *Eitel* factors. (ECF No. 18); *see Switch, LTD v. Protego Fin. Corp.*, No. 3:24-CV-00250-ART-CLB, 2025 WL 522174 (D. Nev. Feb. 14, 2025). The City of Elko may re-file a motion for default judgment that addresses the factors this Court must consider to grant default judgment.

**Conclusion**

The Court denies the City of Elko's motion for default judgment against Defendant Ville 837 (ECF No. 45) without prejudice and with leave to refile.

Dated this 13th day of June, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE